JOSEPH TECK and Another v. BOARD OF EDUCATION OF THE CITY OF NEW YORK. — Motion for leave to reargue motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., McAvoy, O'Malley and Untermyer, JJ.

GEORGE GRUBY v. MELROSE CONTRACTING CORPORATION.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — McAvoy, O'Malley, Townley and Untermyer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. DAVID LAKE.— Motion for leave to appeal to the Court of Appeals denied. (See Code Crim. Proc. §§ 520, 521; People v. Geffin, 245 N. Y. 75.) Present — Martin, P. J., Townley, Glennon and Untermyer, JJ.

THE CITY OF NEW YORK v. ISAAC T. FLATTO and Others.— Motion for leave to appeal to the Court of Appeals or for a reargument denied. Present — Martin, P. J., Townley, Glennon and Untermyer, JJ.

In the Matter of the Judicial Settlement of the Account of Proceedings of RICHARD M. COLEMAN and CENTRAL HANOVER BANK AND TRUST COMPANY as Trustees, and of CENTRAL HANOVER BANK AND TRUST COMPANY as Surviving Trustee of the Trust Created for the Benefit of MARY L. SCHENCK, under the Will of JAMES F. D. LANIER, Deceased.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — McAvoy, O'Malley, Townley and Untermyer, JJ.

In the Matter of the Application of MAX COHEN for Reinstatement as a Member of the Bar.— Motion for leave to reargue motion for reinstatement as a member of the bar, or for leave to appeal to the Court of Appeals denied. Present — Martin, P. J., O'Malley, Untermyer, Dore and Cohn, JJ.

THE FERROLENE OXYGEN COMPANY OF AMERICA and Another, Respondents, v. SAMUEL H. WHITE, Appellant.— Order modified as indicated in order; judgment and order striking out answer stayed pending examination before trial; if defendant fails to appear for examination, judgment and order affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Untermyer, Dore and Cohn, JJ.